**DRAFT**                                                       **Court Ex. 2A**
                                                              **Proposed Verdict Sheet**

**COUNT ONE**
Hobbs Act Robbery Conspiracy (January 2023 to July 2023)

As to Count One, how do you find the defendant TONY CLANTON?

                         Guilty _____ Not Guilty _____

**COUNT TWO**
Hobbs Act Robbery (June 3, 2023)

As to Count Two, how do you find the defendant TONY CLANTON?

                         Guilty _____ Not Guilty _____

**COUNT THREE**
Use of Firearms During a Crime of Violence (June 3, 2023)

*If you found the defendant TONY CLANTON guilty as to Count Two, answer the following question:*

As to Count Three, how do you find the defendant TONY CLANTON?

                         Guilty _____ Not Guilty _____

*If you found the defendant TONY CLANTON guilty as to Count Three, answer the following question:*

Do you find that the government proved beyond a reasonable doubt that a firearm was brandished in connection with the robbery charged in Count Two?

                         Yes _____    No _____

**COUNT FOUR**
Attempted Hobbs Act Robbery (June 27, 2023)

As to Count Four, how do you find the defendant TONY CLANTON?

                         Guilty _____ Not Guilty _____

**COUNT FIVE**
Hobbs Act Robbery (July 12, 2023)

As to Count Five, how do you find the defendant TONY CLANTON?

                         Guilty _____ Not Guilty _____

Signature of Foreperson:

Date:

**DRAFT**                                                                           **DRAFT**