

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AMR/MS
F. #2023R00487

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 22, 2025

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Tony Clanton
     Docket No. 23-CR-328 (S-1) (KAM)

Dear Judge Matsumoto:

  The parties have conferred and jointly propose the following schedule for motions to be made pursuant to Fed. R. Crim. P. 29(c):

| | |
|---|---|
| Defense motions: | May 19, 2025 |
| Government response: | June 16, 2025 |
| Defense reply, if any: | June 30, 2025 |

  Accordingly, the parties respectfully request that the Court so-order the above briefing schedule.

           Respectfully submitted,

           JOHN J. DURHAM
           United States Attorney

         By:  /s/
           Andrew M. Roddin
           Matthew Skurnik
           Assistant U.S. Attorneys
           (718) 254-6455/6231

cc: Clerk of the Court (KAM)
   Defense Counsel