# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

August 11, 2025

<u>Via ECF and Email</u>
Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    *United States v. Tony Clanton*, 23 Cr. 328 (KAM)

Dear Judge Matsumoto:

      To avoid any confusion – I will be out of town on August 13, 2025; however, Jill Shellow, who has been co-counsel on Mr. Clanton's matter throughout, and has continued to represent Mr. Clanton together with the undersigned, will be present in my absence at the conference to appoint new counsel pursuant to the Criminal Justice Act.

      We appreciate your Honor's kind consideration of this request.

                                      Respectfully submitted,

                                      *Susan Kellman*

                                      Susan G. Kellman
                                      Jill R. Shellow
                                      Nicholas T. Hinds